UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 8:16-cr-417-T-36AEP

FONTELLA J. JAMES
_____/

**O R D E R**

This matter comes before the Court upon the Defendant's Motion for Judicial Recommendation Regarding 7 Months of RRC Placement (Doc. 112). In the motion, Defendant requests that the Court recommend to the Bureau of Prisons that she be placed in a Residential Re-entry Center ("RRC") for the last portion of her sentence prior to her early release in March 2019. Doc. 112 at 1, 3. The Court, having considered the motion, and being fully advised in the premises, including confirming that Defendant has been released,[1] will deny as moot Defendant's Motion for Judicial Recommendation Regarding 7 Months of RRC Placement.

Accordingly, it is hereby **ORDERED**:

1. Defendant's Motion for Judicial Recommendation Regarding 7 Months of RRC Placement (Doc. 112) is **DENIED** as moot.

**DONE AND ORDERED** in Tampa, Florida on June 18, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any

---

[1] Bureau of Prison records indicate that Defendant was released on March 20, 2019. *See* https://www.bop.gov/inmateloc/.